[No. 4826–1.   Division One.   August 1, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. DARKO
MOROVIC, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 74957, Donald J. Horowitz, J., entered May 27,
1976. *Affirmed* by unpublished opinion per Farris, C.J.,
concurred in by Swanson and Andersen, JJ.


[No. 2128–2.   Division Two.   August 9, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLEN R.
EATON, *Appellant.*

Appeal from a judgment of the Superior Court for
Clallam County, No. 4225, Gerald B. Chamberlin, J.,
entered October 24, 1975. *Reversed* by unpublished opinion
per Reed, J., concurred in by Petrie, C.J., and Pearson, J.


[No. 2023–3.   Division Three.   August 11, 1977.]

ALVIN L. MARTIN, *Appellant,* v. BRYCE A. WOLFF,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Okanogan County, No. 20211, B. E. Kohls, J., entered June
14, 1976. *Reversed* by unpublished opinion per McInturff,
J., concurred in by Munson, C.J., and Green, J.